FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1

| Case No.: | 12-32395-DSO | Trustee Name: | Samuel D. Sweet |
|---|---|---|---|
| Case Name: | CSA CONSTRUCTION, INC. | Date Filed (f) or Converted (c): | 06/02/2012 (f) |
| For the Period Ending: | 03/31/2013 | §341(a) Meeting Date: | 07/13/2012 |
| | | Claims Bar Date: | 10/15/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Flagstar Bank Checking #3391 value is negative $24.75 | $0.00 | $0.00 | | $0.00 | FA |
| 2  Flagstar Bank Check #6517 | $0.00 | $0.00 | | $0.00 | FA |
| 3  Shiloh Property's 39293 Plymouth Road #120 Livonia, MI 48150 Approximate amount owed $4,000 | $4,000.00 | Unknown | | $0.00 | Unknown |
| 4  Allman Group 496 W. Ann Arbor Trail #103 Plymouth, MI 48178 Approximate amount owed $4,000 | $4,000.00 | Unknown | | $0.00 | Unknown |
| 5  Claims in unknown amounts TBD against Charles Linsday | $0.00 | Unknown | | $0.00 | Unknown |
| 6  Bucket Truck 226 N. Truhn Road Fowlerville, MI 48836 | $15,000.00 | Unknown | | $0.00 | Unknown |
| 7  Haulmark Storage Trailer Charles Linsday has it | $3,000.00 | Unknown | | $0.00 | Unknown |
| 8  Flatbed Trailer Charles Linsday,unknown location | $800.00 | Unknown | | $0.00 | Unknown |
| 9  Scizzor Lift (x2) (one working one not working) Charles Linsday, Address unknown | $6,000.00 | Unknown | | $0.00 | Unknown |
| 10  Brother fax and copy machine Large Screem Monitor and Tower computer Lap Top computer, copy machine All in Charles Linsday's possession | $1,500.00 | $0.00 | | $0.00 | FA |
| 11  Filing cabinets, shredder, desk, chairs, fax Machine 226 N. Truhn Road Fowlerville, MI 48836 | $500.00 | $0.00 | | $0.00 | FA |
| 12  Electrical panels, Ballasts, covers, plates, outlets, hydraulic tools, power drills, wiring, saws Possession by Charles Linsday address unknown | $3,000.00 | Unknown | | $0.00 | Unknown |
| 13  7 ladders 12', 4', 6', 3', 24', 28', 8' Possession by Charles Linsday address unknown | $960.00 | Unknown | | $0.00 | Unknown |

| Case No.: | 12-32395-DSO | | | Trustee Name: | Samuel D. Sweet |
|---|---|---|---|---|---|
| Case Name: | CSA CONSTRUCTION, INC. | | | Date Filed (f) or Converted (c): | 06/02/2012 (f) |
| For the Period Ending: | 03/31/2013 | | | §341(a) Meeting Date: | 07/13/2012 |
| | | | | Claims Bar Date: | 10/15/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14 Scaffolding and platform Possession by Charles Linsday address unknown | $700.00 | Unknown | | $0.00 | Unknown |
| 15 Dewalt Drill 1/2" battery 18 volt Possession by Charles Linsday address unknown | $220.00 | Unknown | | $0.00 | Unknown |
| 16 Power Cord 150' Possession by Charles Linsday address unknown | $50.00 | $0.00 | | $0.00 | FA |
| 17 2 packs 12 guage wire and 14 guage wire 100' rolls Possession by Charles Linsday address unknown | $200.00 | $0.00 | | $0.00 | FA |
| 18 Trailer hitches 2" drop with 25/16 ball and 1" drop with 2" ball Possession by Charles Linsday address unknown | $140.00 | $0.00 | | $0.00 | FA |
| 19 Tube bender for conduit Possession by Charles Linsday address unknown | $75.00 | $0.00 | | $0.00 | FA |
| 20 4 rachet style 10 ton tow straps Possession by Charles Linsday address unknown | $160.00 | $0.00 | | $0.00 | FA |

| Case No.: | 12-32395-DSO | | | Trustee Name: | Samuel D. Sweet |
|---|---|---|---|---|---|
| Case Name: | CSA CONSTRUCTION, INC. | | | Date Filed (f) or Converted (c): | 06/02/2012 (f) |
| For the Period Ending: | 03/31/2013 | | | §341(a) Meeting Date: | 07/13/2012 |
| | | | | Claims Bar Date: | 10/15/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21 | Post hole digger, 8 shovels, rubber pads for kneeling, table saw, Portable table saw/cart, wood table, chain fall hoist, 2 50' air hoses 3/8 in size with fittings on endss, staple gun and staples, Battery charger 12 volt, heavy duty on wheels, 3 skill circular saws, torches, oxygen and assetaling, 2 gages 100'hose and torch, cart, 4 nail guns (Biscuit wafer gun, roofing gun, 2 finish nail guns), 3 boxes of roofing nails, laswer level, hilti hammer drill, face mask shield, Greenlee Hydraulic Press, jugsaw, duck cloth, welding mask, Ligt bar on tripod w/2 halogen ligts, 4 saw horses, 10 lb sledge hammer, misc. hand tools, wrenches, Dewalt grinder and cutting wheel, 6 cutting wheels & 4 grinding discs, Dewalt Band Saw with 1 spare blade, Automotive car spring compressor, Craftsman Rachet Set 3/8 & 1/2", Door Jug, 3, 25 gallon air compressors, drywall material, aluminum T Square and 24"blade 8"blade, 6" blade, mud tray, 2, 24" aluminum pipe wrenches, grease gun, battery operated levels, 3' | $10,310.00 | Unknown | | $0.00 | Unknown |
| 22 | fax machine, Large computer monitor, computer tower, large Cannon printer, 2 lap tops Possession by Charles Linsday address unknown | $2,300.00 | $0.00 | | $0.00 | FA |
| 23 | Miller gas powered trailblzer, welder generator Possession by Charles Linsday address unknown | $5,000.00 | Unknown | | $0.00 | Unknown |
| 24 | Misc tools and equipment used for business in Chuck Linsday's work van Address unknown. | $4,000.00 | Unknown | | $0.00 | Unknown |
| 25 | various guns belonging to the estate (u) | Unknown | Unknown | | $0.00 | Unknown |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 12-32395-DSO | Trustee Name: | Samuel D. Sweet |
|---|---|---|---|
| Case Name: | CSA CONSTRUCTION, INC. | Date Filed (f) or Converted (c): | 06/02/2012 (f) |
| For the Period Ending: | 03/31/2013 | §341(a) Meeting Date: | 07/13/2012 |
| | | Claims Bar Date: | 10/15/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26   various guns belonging to Charles Linsday   (u) | $0.00 | Unknown | | $0.00 | Unknown |

**TOTALS (Excluding unknown value)**                                                                                                             **Gross Value of Remaining Asset**

                                         $61,915.00                 $0.00                                               $0.00                          $0.00

**Major Activities affecting case closing:**
09/10/2012   Trustee is investigating worth of business real property and personal property.
03/29/2013   Trustee is currently litigating personal property at issue in this estate.  Additionally, an auction sale is pending in this matter on other various personal property.

| Initial Projected Date Of Final Report (TFR): | 06/02/2014 | Current Projected Date Of Final Report (TFR): | 06/02/2014 | /s/ SAMUEL D. SWEET |
|---|---|---|---|---|
| | | | | SAMUEL D. SWEET |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | |  | |
|---|---|---|---|
| Case No. | 12-32395-DSO | Trustee Name: | Samuel D. Sweet |
| Case Name: | CSA CONSTRUCTION, INC. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | 32-0108556 | Checking Acct #: | ******0821 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 04/01/2012 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 03/31/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |
|---|---|---|---|
| TOTALS: | $0.00 | $0.00 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $0.00 | $0.00 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $0.00 | $0.00 | |

**For the period of 04/01/2012 to 03/31/2013**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/10/2012 to 3/31/2013**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 12-32395-DSO | |
| **Case Name:** | CSA CONSTRUCTION, INC. | |
| **Primary Taxpayer ID #:** | 32-0108556 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 04/01/2012 | |
| **For Period Ending:** | 03/31/2013 | |

| | | |
|---|---|---|
| **Trustee Name:** | Samuel D. Sweet | |
| **Bank Name:** | Bank of Texas | |
| **Checking Acct #:** | ******0821 | |
| **Account Title:** | | |
| **Blanket bond (per case limit):** | $2,000,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $0.00 | $0.00 | $0.00 |

**For the period of 04/01/2012 to 03/31/2013**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/10/2012 to 3/31/2013**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |