# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In re: | § | Case No. 12-32395-DSO |
| | § | |
| CSA CONSTRUCTION, INC. | § | |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/02/2012. The undersigned trustee was appointed on 06/02/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $21,730.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $9,015.60 |
| Bank service fees | $133.09 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $12,581.31 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

6.  The deadline for filing non-governmental claims in this case was 10/15/2012 and the deadline for filing government claims was 11/15/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,923.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,923.00, for a total compensation of $2,923.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $56.60, for total expenses of $56.60.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/14/2013                         By:   /s/ Samuel D. Sweet
                                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| | |
|---|---|
| Case No.: | 12-32395-DSO |
| Case Name: | CSA CONSTRUCTION, INC. |
| For the Period Ending: | 11/14/2013 |

| | |
|---|---|
| Trustee Name: | Samuel D. Sweet |
| Date Filed (f) or Converted (c): | 06/02/2012 (f) |
| §341(a) Meeting Date: | 07/13/2012 |
| Claims Bar Date: | 10/15/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | Flagstar Bank Checking #3391 value is negative $24.75 | $0.00 | $0.00 | | $0.00 | FA |
| 2 | Flagstar Bank Check #6517 | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Shiloh Property's 39293 Plymouth Road #120 Livonia, MI 48150 Approximate amount owed $4,000 | $4,000.00 | $0.00 | | $0.00 | FA |
| 4 | Allman Group 496 W. Ann Arbor Trail #103 Plymouth, MI 48178 Approximate amount owed $4,000 | $4,000.00 | $0.00 | | $0.00 | FA |
| 5 | Claims in unknown amounts TBD against Charles Linsday | Unknown | $0.00 | | $0.00 | FA |
| 6 | Bucket Truck 226 N. Truhn Road Fowlerville, MI 48836 | $15,000.00 | $5,025.00 | | $5,025.00 | |
| 7 | Haulmark Storage Trailer Charles Linsday has it | $3,000.00 | $0.00 | | $0.00 | FA |
| 8 | Flatbed Trailer Charles Linsday,unknown location | $800.00 | $0.00 | | $0.00 | FA |
| 9 | Scizzor Lift (x2) (one working one not working) Charles Linsday, Address unknown | $6,000.00 | $4,086.00 | | $4,086.00 | |
| 10 | Brother fax and copy machine Large Screem Monitor and Tower computer Lap Top computer, copy machine All in Charles Linsday's possession | $1,500.00 | $0.00 | | $0.00 | FA |
| 11 | Filing cabinets, shredder, desk, chairs, fax Machine 226 N. Truhn Road Fowlerville, MI 48836 | $500.00 | $0.00 | | $0.00 | FA |
| 12 | Electrical panels, Ballasts, covers, plates, outlets, hydraulic tools, power drills, wiring, saws Possession by Charles Linsday address unknown | $3,000.00 | $0.00 | | $0.00 | FA |
| 13 | 7 ladders 12', 4', 6', 3', 24', 28', 8' Possession by Charles Linsday address unknown | $960.00 | $0.00 | | $0.00 | FA |
| 14 | Scaffolding and platform Possession by Charles Linsday address unknown | $700.00 | $0.00 | | $0.00 | FA |
| 15 | Dewalt Drill 1/2" battery 18 volt Possession by Charles Linsday address unknown | $220.00 | $0.00 | | $0.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| **Case No.:** | 12-32395-DSO |
| **Case Name:** | CSA CONSTRUCTION, INC. |
| **For the Period Ending:** | 11/14/2013 |

| | |
|---|---|
| **Trustee Name:** | Samuel D. Sweet |
| **Date Filed (f) or Converted (c):** | 06/02/2012 (f) |
| **§341(a) Meeting Date:** | 07/13/2012 |
| **Claims Bar Date:** | 10/15/2012 |

| | | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| | | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 16 | Power Cord 150' Possession by Charles Linsday address unknown | | $50.00 | $0.00 | | $0.00 | FA |
| 17 | 2 packs 12 guage wire and 14 guage wire 100' rolls Possession by Charles Linsday address unknown | | $200.00 | $0.00 | | $0.00 | FA |
| 18 | Trailer hitches 2" drop with 25/16 ball and 1" drop with 2" ball Possession by Charles Linsday address unknown | | $140.00 | $0.00 | | $0.00 | FA |
| 19 | Tube bender for conduit Possession by Charles Linsday address unknown | | $75.00 | $0.00 | | $0.00 | FA |
| 20 | 4 rachet style 10 ton tow straps Possession by Charles Linsday address unknown | | $160.00 | $0.00 | | $0.00 | FA |

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | |
|---|---|---|
| Case No.: | 12-32395-DSO | |
| Case Name: | CSA CONSTRUCTION, INC. | |
| For the Period Ending: | 11/14/2013 | |

| | |
|---|---|
| Trustee Name: | Samuel D. Sweet |
| Date Filed (f) or Converted (c): | 06/02/2012 (f) |
| §341(a) Meeting Date: | 07/13/2012 |
| Claims Bar Date: | 10/15/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 21 | Post hole digger, 8 shovels, rubber pads for kneeling, table saw, Portable table saw/cart, wood table, chain fall hoist, 2 50' air hoses 3/8 in size with fittings on endss, staple gun and staples, Battery charger 12 volt, heavy duty on wheels, 3 skill circular saws, torches, oxygen and assetaling, 2 gages 100'hose and torch, cart, 4 nail guns (Biscuit wafer gun, roofing gun, 2 finish nail guns), 3 boxes of roofing nails, laswer level, hilti hammer drill, face mask shield, Greenlee Hydraulic Press, jugsaw, duck cloth, welding mask, Ligt bar on tripod w/2 halogen ligts, 4 saw horses, 10 lb sledge hammer, misc. hand tools, wrenches, Dewalt grinder and cutting wheel, 6 cutting wheels & 4 grinding discs, Dewalt Band Saw with 1 spare blade, Automotive car spring compressor, Craftsman Rachet Set 3/8 & 1/2", Door Jug, 3, 25 gallon air compressors, drywall material, aluminum T Square and 24"blade 8"blade, 6" blade, mud tray, 2, 24" aluminum pipe wrenches, grease gun, battery operated levels, 3' | $10,310.00 | $0.00 | | $0.00 | FA |
| 22 | fax machine, Large computer monitor, computer tower, large Cannon printer, 2 lap tops Possession by Charles Linsday address unknown | $2,300.00 | $0.00 | | $0.00 | FA |
| 23 | Miller gas powered trailblzer, welder generator Possession by Charles Linsday address unknown | $5,000.00 | $0.00 | | $0.00 | FA |
| 24 | Misc tools and equipment used for business in Chuck Linsday's work van Address unknown. | $4,000.00 | $0.00 | | $0.00 | FA |
| 25 | Misc guns, safe(s) purchased with CSA money. various guns belonging to the estate (u) | Unknown | $12,619.00 | | $12,619.00 | FA |

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit A

| | | |
|---|---|---|
| **Case No.:** | 12-32395-DSO | |
| **Case Name:** | CSA CONSTRUCTION, INC. | |
| **For the Period Ending:** | 11/14/2013 | |

| | |
|---|---|
| **Trustee Name:** | Samuel D. Sweet |
| **Date Filed (f) or Converted (c):** | 06/02/2012 (f) |
| **§341(a) Meeting Date:** | 07/13/2012 |
| **Claims Bar Date:** | 10/15/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Asset Notes:** | Changed on Amended Schedules | | | | | |
| **Ref. #** | | | | | | |
| 26 | various guns belonging to Charles Linsday (u) | $0.00 | $0.00 | OA | $0.00 | FA |
| 27 | Comerica Bank Account, Howell, MI  (Account has been inactive for few years) | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Changed on Amended Schedules | | | | | |
| 28 | 2007 H3 Hummer with 90,000 Miles, Orange in Color, Fair to Good Condition. Est value of $7,000 less loan of $1,400. Vehicle Titled in Personal name, but deducted for a portion of business use on 2009 and prior taxes. | $5,600.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Changed on Amended Schedules | | | | | |

| TOTALS (Excluding unknown value) | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|
| | $67,515.00 | $21,730.00 | $21,730.00 | $0.00 |

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 06/02/2014 |
| **Current Projected Date Of Final Report (TFR):** | 06/02/2014 |

/s/ SAMUEL D. SWEET

SAMUEL D. SWEET

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 12-32395-DSO | Trustee Name: Samuel D. Sweet |
| Case Name: | CSA CONSTRUCTION, INC. | Bank Name: Bank of Texas |
| Primary Taxpayer ID #: | **-***8556 | Checking Acct #: ******0821 |
| Co-Debtor Taxpayer ID #: | | Account Title: |
| For Period Beginning: | 6/2/2012 | Blanket bond (per case limit): $2,000,000.00 |
| For Period Ending: | 11/14/2013 | Separate bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/16/2013 | | Repocast.com, Inc. | sale of personal property p/order 11/20/12 | * | $9,111.00 | | $9,111.00 |
| | {9} | | Mini Witch Skywitch Scissors Lift | $1,555.00 | 1129-000 | | $9,111.00 |
| | {9} | | Rotary Lift 2-Post Automotive Hoist | $2,531.00 | 1129-000 | | $9,111.00 |
| | {6} | | 1995 Freightliner Boom Truck | $5,025.00 | 1129-000 | | $9,111.00 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.62 | $9,105.38 |
| 06/17/2013 | | SSL Corporation | payment for sale of items at auction p/order 3/26/13 | * | $12,619.00 | | $21,724.38 |
| | {25} | | Lot No. 41-2428.  Used Glock 21 Semi-Auto 45 | $401.00 | 1229-000 | | $21,724.38 |
| | {25} | | Lot No. 41-2429, Used Springfield Armory Model 1911-A3 | $561.00 | 1229-000 | | $21,724.38 |
| | {25} | | Lot No. 41-2430, Used Smith & Wesson model 683-3 Revolver 357 | $482.00 | 1229-000 | | $21,724.38 |
| | {25} | | Lot No. 41-2431, Used Springield Armory XDm Semi-Auto Match 40SW Caliber Pistol | $476.00 | 1229-000 | | $21,724.38 |
| | {25} | | Lot No. 41-2433, Used Smith & Wesson M&P-15 SEmi-Auto 5.56/223 Caliber Rifle | $1,075.00 | 1229-000 | | $21,724.38 |
| | {25} | | Lot No. 41-2434, Used Mossberg 935 Semi-Auto Action 12 Caliber Shotgun | $410.00 | 1229-000 | | $21,724.38 |
| | {25} | | Lot No. 41-2435, Used Savage 93R17 Bolt Action 17 HMR Caliber Rifle. | $336.00 | 1229-000 | | $21,724.38 |
| | {25} | | Lot No. 41-2438, Used Remington 700 Bolt Action 7mm-08 Caliber Rifle. | $555.00 | 1229-000 | | $21,724.38 |
| | {25} | | Lot No. 41-2439, Used Sako 85M Bolt Action 30-06 Caliber Rifle | $1,505.00 | 1229-000 | | $21,724.38 |
| | {25} | | Lot No. 41-2440, Used Smith & Wesson M&P 15-22, Semi-Auto Action 22LR Caliber Rifle. | $335.00 | 1229-000 | | $21,724.38 |
| | | | SUBTOTALS | | $21,730.00 | $5.62 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 12-32395-DSO |
| **Case Name:** | CSA CONSTRUCTION, INC. |
| **Primary Taxpayer ID #:** | **-***8556 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 6/2/2012 |
| **For Period Ending:** | 11/14/2013 |

| | |
|---|---|
| **Trustee Name:** | Samuel D. Sweet |
| **Bank Name:** | Bank of Texas |
| **Checking Acct #:** | ******0821 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | {25} | | Lot No. 41-2441, Used Remington 11-87 Special Purpose Semi-Auto Action 12-Gauge Caliber Shotgun. | $355.00 | 1229-000 | | | $21,724.38 |
| | {25} | | Lot No. 41-2442, Used Benelli Supter 90 Semi-Auto Action 20-Gauge Montefeltro Caliber Shotgun. | $645.00 | 1229-000 | | | $21,724.38 |
| | {25} | | Lot No. 41-2443, Used Remington 700 Bolt Action 204 Ruger Caliber Rifle | $910.00 | 1229-000 | | | $21,724.38 |
| | {25} | | Lot No. 41-2444, Used LesBaer CUstom Model LBC-AR Super Match Semi-Auto .264 Caliber Rifle | $2,425.00 | 1229-000 | | | $21,724.38 |
| | {25} | | Lot No. 41-2446, Used Browning Invector Gold Semi-Auto 10-Gauge Shotgun | $1,310.00 | 1229-000 | | | $21,724.38 |
| | {25} | | Lot No. 41-2447, Used Heckler & Koch Benellis Super Black Eagle Semi-Auto 12-Gauge Shotgun | $800.00 | 1229-000 | | | $21,724.38 |
| | {25} | | Lot No. 41-2448, Used Westernfield Model 25XNH-403 Pump Action 16-Gauge Shotgun | $38.00 | 1229-000 | | | $21,724.38 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | | 2600-000 | | $21.34 | $21,703.04 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | | 2600-000 | | $35.02 | $21,668.02 |
| 08/16/2013 | 3001 | Miedema Auctioneering & Appraisals, Inc. | On-Line Auctioneer for Trustee Fees p/o 8/15/13. | | 3630-000 | | $1,261.90 | $20,406.12 |
| 08/16/2013 | 3002 | Miedema Auctioneering & Appraisals, Inc. | On-Line Auctioneer for Trustee Expenses p/o 8/15/13. | | 3640-000 | | $2,586.10 | $17,820.02 |
| 08/19/2013 | 3003 | Samuel D. Sweet, PLC | Attorney for Trustee Fees p/o 8/19/13 | | 3110-000 | | $5,150.00 | $12,670.02 |
| 08/19/2013 | 3004 | Samuel D. Sweet, PLC | Attorney for Trustee Expenses p/o 8/19/13 | | 3320-000 | | $17.60 | $12,652.42 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | | 2600-000 | | $31.07 | $12,621.35 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | | 2600-000 | | $19.71 | $12,601.64 |
| 10/31/2013 | | Bank of Texas | Account Analysis Fee | | 2600-000 | | $20.33 | $12,581.31 |

SUBTOTALS    $0.00    $9,143.07

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 12-32395-DSO | **Trustee Name:** Samuel D. Sweet |
| **Case Name:** | CSA CONSTRUCTION, INC. | **Bank Name:** Bank of Texas |
| **Primary Taxpayer ID #:** | **-***8556 | **Checking Acct #:** ******0821 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 6/2/2012 | **Blanket bond (per case limit):** $2,000,000.00 |
| **For Period Ending:** | 11/14/2013 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $21,730.00 | $9,148.69 | $12,581.31 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $21,730.00 | $9,148.69 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $21,730.00 | $9,148.69 | |

**For the period of  6/2/2012 to 11/14/2013**

| | |
|---|---|
| Total Compensable Receipts: | $21,730.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $21,730.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $9,148.69 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,148.69 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/10/2012 to 11/14/2013**

| | |
|---|---|
| Total Compensable Receipts: | $21,730.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $21,730.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $9,148.69 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,148.69 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-32395-DSO | Trustee Name: | Samuel D. Sweet |
|---|---|---|---|
| Case Name: | CSA CONSTRUCTION, INC. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***8556 | Checking Acct #: | ******0821 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/2/2012 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 11/14/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $21,730.00 | $9,148.69 | $12,581.31 |

**For the period of 6/2/2012 to 11/14/2013**

| | |
|---|---|
| Total Compensable Receipts: | $21,730.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $21,730.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $9,148.69 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,148.69 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/02/2012 to 11/14/2013**

| | |
|---|---|
| Total Compensable Receipts: | $21,730.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $21,730.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $9,148.69 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,148.69 |
| Total Internal/Transfer Disbursements: | $0.00 |

**Case No.:**   12-32395-DSO

**Case Name:**   CSA CONSTRUCTION, INC.

**Claims Bar Date:**   10/15/2012

**Trustee Name:** Samuel D. Sweet

**Date:** 11/14/2013

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | SAMUEL D. SWEET<br><br>P. O. Box 757<br>Ortonville MI<br>48462-0757 | Trustee Expenses | Allowed | 2200-000 | $56.60 | $0.00 | $0.00 | $0.00 | $56.60 |
| | MUELLER MAYVILLE, PC<br><br>275 E. Big Beaver Road<br>Suite 103<br>Troy MI 48083 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $2,092.00 | $0.00 | $0.00 | $0.00 | $2,092.00 |
| | MUELLER MAYVILLE, PC<br><br>275 E. Big Beaver Road<br>Suite 103<br>Troy MI 48083 | Accountant for Trustee Expenses (Other Firm) | Allowed | 3420-000 | $14.66 | $0.00 | $0.00 | $0.00 | $14.66 |
| | SAMUEL D. SWEET<br><br>P. O. Box 757<br>Ortonville MI<br>48462-0757 | Trustee Compensation | Allowed | 2100-000 | $2,923.00 | $0.00 | $0.00 | $0.00 | $2,923.00 |
| 1 | FLYING DUTCHMAN CONSTRUCTION, INC.<br><br>2008 Hogback<br>Suite 6<br>Ann Arbor MI 48105 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $8,250.00 | $0.00 | $0.00 | $0.00 | $8,250.00 |
| 2 | INTERNAL REVENUE SERVICE<br><br>PO Box 7317<br>Philadelphia PA 19101-7317 | Claims of Governmental Units | Allowed | 5800-000 | $1,859.30 | $0.00 | $0.00 | $0.00 | $1,859.30 |
| 2a | INTERNAL REVENUE SERVICE<br><br>PO Box 7317<br>Philadelphia PA 19101-7317 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $362.45 | $0.00 | $0.00 | $0.00 | $362.45 |
| 3 | EXCEL LIGHTING & ELECTRICAL SUPPLY CO.<br>Richard Galat PLLC<br>5840 Lorac Drive<br>Suite 3<br>Clarkston MI 48346 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $7,702.21 | $0.00 | $0.00 | $0.00 | $7,702.21 |

Case No.      12-32395-DSO

Case Name:      CSA CONSTRUCTION, INC.

Claims Bar Date:      10/15/2012

Trustee Name: Samuel D. Sweet

Date: 11/14/2013

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 4 | MICHIGAN DEPARTMENT OF TREASURY/REVENUE/ AG<br><br>PO Box 30456<br>Lansing MI 48909 | State and Local Tax Liens (pre-pet. income, sales, pers. prop. - not real prop.) | Allowed | 4800-000 | $7,338.39 | $0.00 | $0.00 | $0.00 | $7,338.39 |
| 5 | RICHARD S. MCCALLUM<br><br>Patrick J. McQueeney, Esq.<br>33830 Harper Avenue<br>Clinton Township MI 48035 | General Unsecured § 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Order withdrawing claim 7/25/13 | | | | | | | | |
| 6 | PATRICK J. MCQUEENY, ESQ<br><br>33830 Harper Ave.<br>Clinton Township MI 48035 | General Unsecured § 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Withdrawn per court order 7/25/13 | | | | | | | | |
| 7 | PATRICK MCQUEENY, ESQ.<br><br>33830 Harper Ave.<br>Clinton Twp. MI 48035 | General Unsecured § 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Withdrawn per court order 7/25/2013 | | | | | | | | |
| | | | | | **$30,598.61** | **$0.00** | **$0.00** | **$0.00** | **$30,598.61** |

| Case No. | 12-32395-DSO | Trustee Name: | Samuel D. Sweet |
|---|---|---|---|
| Case Name: | CSA CONSTRUCTION, INC. | Date: | 11/14/2013 |
| Claims Bar Date: | 10/15/2012 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Expenses (Other Firm) | $14.66 | $14.66 | $0.00 | $0.00 | $0.00 | $14.66 |
| Accountant for Trustee Fees (Other Firm) | $2,092.00 | $2,092.00 | $0.00 | $0.00 | $0.00 | $2,092.00 |
| Claims of Governmental Units | $1,859.30 | $1,859.30 | $0.00 | $0.00 | $0.00 | $1,859.30 |
| General Unsecured § 726(a)(2) | $116,314.66 | $16,314.66 | $0.00 | $0.00 | $0.00 | $16,314.66 |
| State and Local Tax Liens (pre-pet. income, sales, pers. prop. - not real prop.) | $7,338.39 | $7,338.39 | $0.00 | $0.00 | $0.00 | $7,338.39 |
| Trustee Compensation | $2,923.00 | $2,923.00 | $0.00 | $0.00 | $0.00 | $2,923.00 |
| Trustee Expenses | $56.60 | $56.60 | $0.00 | $0.00 | $0.00 | $56.60 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 12-32395-DSO
Case Name: CSA CONSTRUCTION, INC.
Trustee Name: Samuel D. Sweet

Balance on hand: $12,581.31

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 4 | Michigan Department of Treasury/Revenue/AG | $7,338.39 | $7,338.39 | $0.00 | $7,338.39 |

Total to be paid to secured creditors: $7,338.39
Remaining balance: $5,242.92

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Samuel D. Sweet, Trustee Fees | $2,923.00 | $0.00 | $2,923.00 |
| Samuel D. Sweet, Trustee Expenses | $56.60 | $0.00 | $56.60 |
| Mueller Mayville, PC, Accountant for Trustee Fees | $2,092.00 | $0.00 | $2,092.00 |
| Mueller Mayville, PC, Accountant for Trustee Expenses | $14.66 | $0.00 | $14.66 |

Total to be paid for chapter 7 administrative expenses: $5,086.26
Remaining balance: $156.66

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $156.66

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,859.30 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Internal Revenue Service | $1,859.30 | $0.00 | $156.66 |

Total to be paid to priority claims: $156.66
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $16,314.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Flying Dutchman Construction, Inc. | $8,250.00 | $0.00 | $0.00 |
| 2a | Internal Revenue Service | $362.45 | $0.00 | $0.00 |
| 3 | Excel Lighting & Electrical Supply Co. | $7,702.21 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |